**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**SCOTT ANDREW SEVERANCE**                                        **PETITIONER**

**v.**                          **Case No.: 4:22-cv-00246-LPR-ERE**

**SHERIFF ERIC HIGGINS**                                         **RESPONDENT**

## <u>ORDER</u>

The Court has received the Recommended Disposition ("Recommendation") submitted by United States Magistrate Judge Edie R. Ervin. No objections have been filed, and the time for doing so has passed. After a careful and *de novo* review of the Recommendation and the record, the Court adopts the Recommendation in all respects.

IT IS THEREFORE ORDERED that:

1.      Petitioner Scott Severance's § 2254 petition is DISMISSED.

2.      A Certificate of Appealability is DENIED pursuant to Rule 11(a) of the Rules Governing Section 2254 Cases.

DATED this 25th day of May 2022.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE