IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**SCOTT ANDREW SEVERANCE**                                                      **PETITIONER**

v.                          **Case No.: 4:22-cv-00246-LPR-ERE**

**SHERIFF ERIC HIGGINS**                                                        **RESPONDENT**

## JUDGMENT

Consistent with the Order entered today, Petitioner Scott Severance's petition for writ of habeas corpus is dismissed. All habeas relief is denied, and this case is closed

IT IS SO ADJUDGED this 25th day of May 2022.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE